FEBRUARY 9, 1966

**No. 69788.**—APPEAL 5214.—Gitkin Co. *v.* United States.— Appeal dismissed December 13, 1965.

BEFORE THE SECOND DIVISION, FEBRUARY 15, 1966

**No. 69789.**—J. C. DeJong & Co., Inc., et al. *v.* United States, protests 64/4220, etc. (New York).

Opinion by RAO, C. J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., Alltransport, Inc.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.